IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARVIN MERCURE, NICOLE MERCURE,**
**JOSE R. TORREZ, JUAN D. TORREZ,**
And **ADAM VALENCIA,** on behalf of themselves
and all other employees similarly situated,

    **Plaintiffs,**

vs.                                    Case No. 1:24-CV-00925 GBW/JMR

**CHAMA VALLEY INDEPENDENT SCHOOL DISTRICT,**

    **Defendant.**

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their undersigned attorneys, and hereby move the Court for entry of an order dismissing with prejudice Plaintiffs' Complaint filed September 17, 2024 (Doc. 1), and all claims brought therein. As grounds therefore, the parties state that they fully settled this matter at a settlement conference held on November 20, 2025 (Document 50).

WHEREFORE, the parties respectfully move the Court for an order dismissing this matter with prejudice.

                                    Respectfully submitted by:

                                    Electronic Signature */s/ Carlos M. Quiñones*
                                        Carlos M. Quiñones
                                        Quiñones Law Firm LLC
                                        1223 S. Saint Francis Dr., Ste. C
                                        Santa Fe, NM  87505
                                        (505) 992-1515   (505) 992-1714 (fax)
                                        *Attorney for Defendant Board of Education of*
                                        *the Chama Valley Independent Schools*

    and

<u>Electronically Approved 12-29-2025</u>
Shane Youtz, Esq.
Stephen Curtice, Esq.
James Montalbo, Esq.
Grace Rhodehouse Barberena, Esq.
Youtz & Valdez, P.C.
900 Gold Ave. SW
Albuquerque, NM 87102
(505) 244-1200
*Attorneys for Plaintiffs*

## Certificate of Service

    I HEREBY CERTIFY that on the 30th day of December 2025, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic mail, fax, or USPS, as more fully reflected in the Notice of Electronic Filing.

<u>Electronic Signature</u> */s/ Carlos M. Quiñones*
Carlos M. Quiñones

2